UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN GAZLAY, | Case No. 2:19-cv-00353-RFB-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| BRIAN WILLIAMS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff Steven Gazlay's Motion for Preliminary Injunction and Motion for Temporary Restraining Order. ECF Nos. 1, 2. The Court denies Plaintiff's motions without prejudice for the following reasons. First, Plaintiff has not filed the required documents to initiate his civil action. See 28 U.S.C. § 1915 (allowing for qualifying plaintiffs to proceed *in forma pauperis* if supported by the appropriate documentation); see also 28 U.S.C. § 1915A (requiring screening of a complaint by an inmate); see also Fed. R. Civ. P. 3 ("A civil action is commenced by filing a complaint with the court."). Second, the Court declines to construe Plaintiff's motions as a complaint, finding the motions lack the level of specificity required to plead a claim. See Fed. R. Civ. P. 8 (requiring allegations to form "a short and plain statement of the statement of the claim showing that the pleader is entitled to relief[.]"). The motions do not contain sufficient allegations for the Court to identify the claims asserted or for the Court to make a determination on the merits in regard to a motion for preliminary injunctive relief. See Winters v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008) (requiring a showing that the plaintiff is likely to succeed on the merits of the claim before preliminary injunctive relief may be issued).

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Preliminary Injunction (ECF No. 1) is DENIED without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Temporary Restraining Order (ECF No. 2) is DENIED without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff shall have thirty days to file a complaint and, if applicable, an application to proceed *in forma pauperis*. If Plaintiff fails to file a complaint within the thirty-day deadline, this action shall be dismissed without prejudice.

DATED: February 28, 2019.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**